## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 27, 2007

Mr. Dean M. Boland
18123 Sloane Avenue
Lakewood, OH 44107-0000

     Re: No. 07-4182, *John Doe v. SexSearch.com, et al*
        Originating Case No. 07-00604

Dear Counsel,

 Your appeal has been docketed as case number **07-4182** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's office if any corrections should be made.

 At this stage of the appeal, the following forms should be downloaded from the Court's web site: www.ca6.uscourts.gov and filed with the Clerk's office by **October 11, 2007**.

    Appellant: Appearance of Counsel
          Civil Appeal Statement of Parties & Issues
         Transcript Order
         Application for Admission to 6th Circuit Bar (if applicable)

    Appellee: Appearance of Counsel
         Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form. If the filing fee for the appeal has not yet been paid to the District Court, it must be paid by October 11, 2007. These deadlines are important -- if the initial forms are not timely filed or the filing fee is not paid, the appeal will be dismissed for want of prosecution.

 If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                    Sincerely yours,

                    s/Michelle M. Davis
                    Case Manager
                    Direct Dial No. 513-564-7025
                    Fax No. 513-564-7098
                    CA06-Team2@ca6.uscourts.gov

cc: Mr. Michael D. Dortch
    Gary J. Kaufman
   Mr. Richard M. Kerger
   Mr. Max Kravitz

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 07-4182**

JOHN DOE,

    Plaintiff - Appellant

v.

SEXSEARCH.COM; CYBER FLOW SOLUTION, INC.; MANIC MEDIA; STALLION.COM FSC LIMTED; DNR; EXPERIENCED INTERNET.COM, INC.; FIESTA CATERING INTERNATIONAL, INC.; ADAM SMALL; CAMELIA FRANCIS; DAMIAN CROSS; ED KUNKEL; MAURICIO BEDOYA; PATRICIA QUESADA; RICHARD LEVINE;

    Defendants - Appellees

CYTEK, LIMITED

    Defendant/Intervenor - Appellee